In The United States District Court of Kansas

From James Strader #66677
Plaintiff
(Resides) Lansing Correctional Facility
P.O. Box 2 [301 East Kansas Ave]
Lansing Ks. 66043

Nov-29-2021

Case Numbers
20-cv-03135-JWB-ADM
20-cv-03298-EFM-T.J.J.
et al.

Letter to Clerk and Fed. Integrity Unit

Dear Clerk of the Court and Integrity Unit
Today Nov-29-2021 — my medical records from 2020 been erased with Centurion who kept Corizon staff on there.
It has been brought to my attention
Thomsen V. Naphcare Inc. Case #3:19-CV-00969-AC
Pirkin V. Corizon Health Inc. Case #3:16-CV-02233-AA
Decided by 9th Circuit Court -- March-24-2020 --
Needs to be brought to light -- Due same issues were reported in these cases with me.
Out come would have been different had Respondents ... not hid this from the court -- and they are listed Respondents — Same staff involved.
The Martinez Reports and medical records provided by Respondent's to the courts
By Respondents Lawyer's Sherri Price and Jeff Cowger -- were false and fraudulent
I now have a State Attorney Philip R. Sedgwick 913-371-1981
LV. Ks court 2020-cv208-2020-cv228
By law the court must Report this to and confidential
Integrity Unit and the medical Board and Fed. Bar Association. Due Fact happened again in June 2020 -- medical records filed by me
In response to Martinez Report -- and All medical records on file and records of cases decided march-24-2020 listed above.
I ask the court to send me these records and to provide records to the Bar Associations and Disciplinary Panels -- I also asked their lawyers to come forward -- Due their clients forced them to Break Laws
Sincerely
#66677



*A2-114*

**Janet DePinto [KDOC]**   *Evidence Case Number*
                            *20-cv-03298-EFM-T.J.J.*
                            *Page-1/4*

| | |
|---|---|
| **From:** | KDOC_Court_File_LCF |
| **Sent:** | Friday, November 13, 2020 9:58 AM |
| **To:** | Janet DePinto [KDOC]; Colette Winkelbauer [KDOC] |
| **Subject:** | FW: Activity in Case 5:20-cv-03135-JWB-ADM Strader (ID 66677) v. Tenth Circuit Court of Appeals et al Response to Order |

**From:** KSD_CMECF@ksd.uscourts.gov
**Sent:** Friday, November 13, 2020 9:57:47 AM (UTC-06:00) Central Time (US & Canada)
**To:** ksd_nef@ksd.uscourts.gov
**Subject:** Activity in Case 5:20-cv-03135-JWB-ADM Strader (ID 66677) v. Tenth Circuit Court of Appeals et al Response to Order

EXTERNAL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**DISTRICT OF KANSAS**

## Notice of Electronic Filing

The following transaction was entered on 11/13/2020 at 9:57 AM CST and filed on 11/13/2020
**Case Name:**     Strader (ID 66677) v. Tenth Circuit Court of Appeals et al
**Case Number:**   5:20-cv-03135-JWB-ADM
**Filer:**         James C. Strader
**Document Number:** 78

**Docket Text:**
**RESPONSE (titled Motion to Object and Recuse Due 11-10-20 Order Judge John W. Broomes) by Plaintiff James C. Strader re [74] Order. (jal)**

5:20-cv-03135-JWB-ADM Notice has been electronically mailed to:

Jeffrey L. Cowger     jeff.cowger@ks.gov

Sherri L. Price    Sherri.Price@ks.gov

1